# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO ESTRADA,<br><br>  Petitioner,<br><br>  v.<br><br>FERNANDO GONZALES,<br>Warden,<br><br>  Respondent. | Case No. ED CV 09-2039 R (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("Petition"), the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, Petitioner's Application for Certificate of Appealability, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections generally parrot and rehash the arguments made in the Petition and Traverse, and lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation is approved and adopted; (2) Judgment be entered denying the Petition and dismissing this action with prejudice; and (3) the Clerk serve copies of this Order and the Judgment on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court denies Petitioner's Application for Certificate of Appealability.

DATED: Feb. 3, 2011

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE