# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO ESTRADA,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>FERNANDO GONZALES,<br>Warden,<br><br>　　　　　　Respondent. | Case No. ED CV 09-2039 R (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _Feb. 3, 2011_

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE